B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re John A. Dolson,     Case No. 16-35024-cgm

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of Tiki Series III Trust | U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  BSI Financial Services
  1425 Greenway Drive, #400
  Irving, TX 75038

Court Claim # (if known):   2-1
Amount of Claim:   $178,803.85
Date Claim Filed:   05/02/2016

Phone: _____
Last Four Digits of Acct #:   5463

Phone: _____
Last Four Digits of Acct. #:   5463

Name and Address where transferee payments should be sent (if different from above):
  BSI Financial Services, Attn: Payment Processing Department
  314 S. Franklin Street, 2nd Floor
  Titusville, PA 16354
Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile      Date: 08/06/2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.